IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN ECONOMY INSURANCE   )
COMPANY,                     )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )     2:05cv840-MHT
                             )
JONATHAN RUTLEDGE, d/b/a     )
JONATHAN'S DELI,             )
                             )
     Defendant.              )
```

ORDER

After and independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 32) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 31) is adopted.

(3) Plaintiff's motion for summary judgment (doc. no. 18) is denied.

(4) This cause is referred back to the United States Magistrate Judge to conduct a non-jury trial and

enter a report and recommendation based on the evidence presented at that trial.

DONE, this the 2nd day of October, 2006.


                                                <u>/s/ Myron H. Thompson</u>
                                                **UNITED STATES DISTRICT JUDGE**