```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


AMERICAN ECONOMY INSURANCE    )
COMPANY,                      )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:05cv840-MHT
                              )            (WO)
JONATHAN RUTLEDGE, d/b/a      )
JONATHAN'S DELI,              )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) It is DECLARED that plaintiff American Economy Insurance Company does not owe coverage to defendant Jonathan Rutledge, d/b/a Jonathan's Deli, for any damages or losses to the insured property at or near 316 Highway 51 South, Clayton, Alabama, resulting from the fire that occurred there on or about February 23, 2005.

(2) Judgment is entered in favor of plaintiff American Economy Insurance Company and against defendant Rutledge.

It is further ORDERED that costs are taxed against defendant Rutledge, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of January, 2007.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE